EDWARD H. KUBO, JR.           2499
United States Attorney
District of Hawaii

FLORENCE T NAKAKUNI           2286
Chief, Narcotics Section

MICHAEL K. KAWAHARA           1460
Assistant U.S. Attorney
Room 6-100, Federal Building
300 Ala Moana Blvd.
Honolulu, HI 96850

Attorneys for Plaintiff United
States of America

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 0 6 2005

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR05-00232 DAE |
| | ) | -01,-02,-03 |
| Plaintiff, | ) | INFORMATION (21 U.S.C. 846, |
| | ) | 841(a)(1), 841(b)(1)(A) |
| VS. | ) | |
| | ) | |
| DANIEL REY TILETILE,     (01) | ) | |
| JEROME ALAN YAPCHING,    (02) | ) | |
| ERIC ESTRADA BALLESTEROS,(03) | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**INFORMATION**

The United States Attorney charges that:

During the period January 2005 up through and including on or about April 7, 2005 in the District of Hawaii and elsewhere, defendants:

**DANIEL REY TILETILE,
JEROME ALAN YAPCHING,** and
**ERIC ESTRADA BALLESTEROS,**

knowingly and intentionally conspired to distribute and to possess with intent to distribute fifty (50) grams or more of

methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, a violation of Title 21, United States Code, Section 841(a)(1),

All in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

DATED: Honolulu, Hawaii, ___JUNE 6___, 2005.

EDWARD H. KUBO, JR.
United States Attorney

By /s/ Florence T. Nakakuni
FLORENCE T. NAKAKUNI
Chief, Narcotics Section

/s/ Michael K. Kawahara
MICHAEL K. KAWAHARA
Assistant U.S. Attorney

USA v. Tiletile, et. al., USDC-Hawaii, Information.