# UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

February 6, 2006

Re:    CR 05-00232JMS-02

United States of America vs. Jerome Alan Yapching

Order/Judgment in a Criminal Case

Dear Sir,

Please be advised that pursuant to Rule 49, FRCP, notice is hereby given that the above mentioned order/judgment in the above mentioned case is hereby entered.

Sincerely Yours,

SUE BEITIA, CLERK

by: Laila M. Geronimo
Deputy Clerk