*jms*

ORIGINAL

LANE Y. TAKAHASHI, ESQ.    2417-0
Topa Financial Center
745 Fort Street, Suite 2121
Honolulu, Hawaii 96813
laneytakahashi@hotmail.com
Tel. No. (808) 521-7181
Fax. No. (808) 550-4311

Attorney for Defendant

LODGED
MAR 2 8 2006    1:40 pm
CLERK, U. S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 2 9 2006

at 2 o'clock and 35 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Cr. No. 05-00232-02 JMS |
| | ) |
| vs. | ) ORDER GRANTING MOTION TO |
| | ) EXTEND SELF-SURRENDER DATE |
| JEROME ALAN YAPCHING,    (02) | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |
| | ) Judge:  J. Michael Seabright |

## ORDER GRANTING MOTION TO EXTEND SELF-SURRENDER DATE

The Court, after hearing the representations of counsel, position of no objection

from Assistant U. S. Attorney, Michael K. Kawahara, and considering that the Defendant

will be testifying as a cooperating government witness during the week of May 23, 2006;

HEREBY ORDERS that the Defendant be allowed to leave Hawaii during the first week

of June, 2006 to visit family in California and that the self-surrender date be extended to

July 1, 2006.

J. MICHAEL SEABRIGHT
Judge of the United States District
Court